Argued April 25, 1977, affirmed March 1, 1978

STATE OF OREGON, *Respondent,*
*v.*
DONALD BANKS, *Appellant.*
(No. 2150-C, CA 7248)
576 P2d 20

J. Marvin Kuhn, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

John W. Burgess, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton and Tanzer, Judges.

PER CURIAM.

Affirmed. 281 Or 101, 574 P2d 313 (1978); *State v. Callaghan* (Part III), 32 Or App 497, 576 P2d 14 (1978).